| | |
|---|---|
| Courtney Bowie* | John Mejia (USB No. 13965) |
| Sarah Hinger* | Leah Farrell (USB No. 13696) |
| ACLU Foundation, Inc. | ACLU of Utah Foundation, Inc. |
| 125 Broad Street, Floor 18 | 355 North 300 West |
| New York, New York 10004 | Salt Lake City, Utah 84103 |
| Telephone: (212) 549-2500 | Telephone: (801) 521-9862 |
| Facsimile: (212) 549-2654 | Facsimile: (801) 532-2850 |
| cbowie@aclu.org | jmejia@acluutah.org |
| shinger@aclu.org | lfarrell@acluutah.org |
| *admitted pro hac vice | |

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| KEVIN WINSTON, on behalf of his minor son K.W., GLORIA URCINO, on behalf of her minor daughter, Y.A., ANGELICA ESTRADA, on behalf of her minor daughter A.P., <br><br>    Plaintiffs, <br><br> vs. <br><br> SALT LAKE CITY THROUGH THE SALT LAKE CITY POLICE DEPARTMENT; WEST JORDAN CITY THROUGH THE WEST JORDAN POLICE DEPARTMENT; SALT LAKE CITY SCHOOL DISTRICT by and through its board; SALT LAKE CITY CHIEF OF POLICE CHRISTOPHER BURBANK, in his official capacity; ACTING WEST VALLEY POLICE DEPARTMENT CHIEF OF POLICE ANITA SCHWEMMER, in her official capacity; WEST JORDAN POLICE DEPARTMENT CHIEF OF POLICE DOUG DIAMOND, in his official capacity; SALT LAKE CITY SCHOOL DISTRICT SUPERINTENDENT MCKELL WITHERS, in his official capacity; SALT LAKE CITY BOARD OF | **STIPULATION AND PROPOSED ORDER OF PARTIAL DISMISSAL** <br><br> **Civil No. 2:12-cv-01134 TS** <br> **Judge Ted Stewart** <br> **Magistrate Brooke C. Wells** |

| EDUCATION AND ITS MEMBERS in their official capacities; WEST HIGH SCHOOL PRINCIPAL PARLEY JACOBS, in his official and personal capacities; LYMAN SMITH; NATHAN WILEY; ALMA SWEENY; DOE DEFENDANTS 1-8 in their official and personal capacities; and DOE DEFENDANT 9 in his official capacity,<br><br>           Defendants. | |
|---|---|

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for Plaintiffs Kevin Winston, on behalf of his minor son, K.W., Gloria Urcino, on behalf of her minor daughter, Y.A., and Angelica Estrada, on behalf of her minor daughter A.P. (collectively "Plaintiffs"), Defendants Salt Lake City through the Salt Lake City Police Department; the Salt Lake City School District, by and through its board, Salt Lake City Chief of Police Christopher Burbank, in his official capacity, Lyman Smith, Nathan Wiley, Alma Sweeny, (collectively "Salt Lake City Police Department Defendants"), Salt Lake City School District Superintendent Mckell Withers, in his official capacity, Salt Lake City Board of Education and its members in their official capacities, and West High School Principal Parley Jacobs, in his official and personal capacities (collectively "Salt Lake City School District Defendants"), that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and in recognition of the Settlement Agreements reached between the parties, all claims against Salt Lake City Police Department Defendants and all claims against Salt Lake City School District Defendants in the above referenced case should be DISMISSED with prejudice.

Plaintiffs' claims against West Jordan City through the West Jordan Police Department and Defendant Doug Diamond, sued in his official capacity (collectively "West Jordan Defendants") are not dismissed or altered in any way through this stipulation.

DATED this 17th day of March, 2016.

Respectfully submitted,

____/s/_Sarah Hinger_____
Sarah Hinger, Esq.*
Courtney A. Bowie, Esq.*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY
Tel: (212) 549-2500
Fax: (212) 549-2654
shinger@aclu.org
cbowie@aclu.org
*admitted *pro hac vice*

John Mejia, Esq.  (USB No. 13965)
Leah Farrell, Esq. (USB No. 13696)
American Civil Liberties of Utah Foundation, Inc.
355 North 300 West St.
Salt Lake City, Utah 84103
Tel: 801-521-9862
Fax: 801-532-2850
jmejia@acluutah.org
lfarrell@acluutah.org


___/s/ J. Elizabeth Haws_____
J. Elizabeth Haws
Catherine L. Brabson
Margaret D. Plane
Salt Lake City Attorney's Office
P.O. Box 145478
451 S State St., Suite 505
Salt Lake City, UT 84114-5478
(801)535-7788
janet.Haws@slcgov.com
catherine.Brabson@slcgov.com

margaret.plane@slcgov.com

__/s/__Kyle J. Kaiser_____
Kyle J. Kaiser
Meb W. Anderson
Assistant Utah Attorneys General
160 East 300 South, 6th Fl
P.O. Box 140856
Salt Lake City, UT 84114-0856
(801)366-0100
kkaiser@utah.gov
mebanderson@utah.gov

## **ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED.  All claims against Salt Lake City Police Department Defendants and all claims against Salt Lake City School District Defendants in the above referenced case are DISMISSED with prejudice. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this ____ day of March, 2016.

_____
 The Honorable Ted Stewart
 United States District Court Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of March, 2016, I caused a true and correct copy of the foregoing Stipulation and Proposed Order of Partial Dismissal, to be served upon counsel of record via the ECF system.

/s/ Sarah Hinger